| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DARREN HERSCHEL BUNDICK, §
§
    Plaintiff, §
§
*versus* §  CIVIL ACTION NO. 1:22-CV-421
§
SHERIFF BOBBY RADER, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Darren Herschel Bundick, an inmate formerly confined at the Liberty County Jail, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends granting defendant Bobby Rader's Response and Counter-Motion for Summary Judgment (#24) and denying plaintiff's Motion for Summary Judgment (#22) and Motion to Deny Sheriff Rader's Response and Counter-Motion for Summary Judgment (#25). To date, the parties have not filed objections to the report.

The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**. It is

**ORDERED** that defendant Bobby Rader's Response and Counter-Motion for Summary Judgment (#24) is **GRANTED** and plaintiff's Motion for Summary Judgment (#22) and Motion

to Deny Sheriff Rader's Response and Counter-Motion for Summary Judgment (#25) are **DENIED**.

SIGNED at Beaumont, Texas, this 3rd day of September, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE